**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-8002**

———————

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

SEAN ROBERT ADDISON, a/k/a Bounce,

        Defendant – Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Cameron McGowan Currie, District Judge.  (0:99-cr-00659-CMC-4)

———————

Submitted:  April 29, 2010         Decided:  May 3, 2010

———————

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Sean Robert Addison, Appellant Pro Se.  Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Robert Addison appeals the district court's order denying his motion for reduction of sentence, pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Addison</u>, No. 0:99-cr-00659-CMC-4 (D.S.C. Oct. 22, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>